FILED
CLERK, U.S. DISTRICT COURT

06/04/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___E.C.___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR  8:25-cr-00098-JVS |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B), (b)(2): Possession of Child Pornography; 18 U.S.C. § 2253: Criminal Forfeiture] |
| JOHN VAN NGUYEN, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2252A(a)(2)(A), (b)(1)]

On or about December 24, 2024, in Orange County, within the Central District of California, defendant JOHN VAN NGUYEN knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, the Internet, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant NGUYEN knowingly received included, but was not limited to, the following files:

(1)  pthc - toddlergirl cloe 4yo & daddy[handjob.cumshot]2012(1)(2).mp4

(2)  媲美欣系列高清18.mp4

(3)  媲美欣高清系列41.3gp

COUNT TWO

[18 U.S.C. § 2252A(a)(5)(B), (b)(2)]

On or about April 14, 2025, in Orange County, within the Central District of California, defendant JOHN VAN NGUYEN knowingly possessed a SanDisk Extreme Portable 1TB USB SSD data drive, bearing serial number 2027DH402922, containing at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not obtained 12 years of age, that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant NGUYEN possessed on his Portable data drive included, but was not limited to, the following files:

      (1)  9 Yo Jenny Blows.m4v

      (2)  po7af4vv30691.3gp

      (3)  2010 Kait 5Yo - Fuck2.wmv

1                      FORFEITURE ALLEGATION

2                         [18 U.S.C. § 2253]

3        1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4   Procedure, notice is hereby given that the United States of America

5   will seek forfeiture as part of any sentence, pursuant to Title 18,

6   United States Code, Section 2253, in the event of the defendant's

7   conviction of the offenses set forth in this Indictment.

8        2.    The defendant, if so convicted, shall forfeit to the United

9   States of America the following property:

10             (a)  All right, title, and interest in any visual depiction

11  involved in such offense, or any book, magazine, periodical, film

12  videotape, or other matter which contains any such visual depiction,

13  which was produced, transported, mailed, shipped or received and

14  involved in such offense, including but not limited to one SanDisk

15  Extreme Portable 1TB USB SSD data drive, bearing serial number

16  2027DH402922, seized on or about April 14, 2025, in Fullerton,

17  California;

18             (b)  All right, title, and interest in any property, real

19  or personal, constituting or traceable to gross profits or other

20  proceeds obtained from such offense;

21             (c)  All right, title, and interest in any property, real

22  or personal, used or intended to be used to commit or to promote the

23  commission of such offense or any property traceable to such

24  property; and

25             (d)  To the extent such property is not available for

26  forfeiture, a sum of money equal to the total value of the property

27  described in subparagraphs (a), (b), and (c).

28       3.    Pursuant to Title 21, United States Code, Section 853(p),

                                   4

1  as incorporated by Title 18, United States Code, Section 2253(b), the

2  defendant, if so convicted, shall forfeit substitute property, up to

3  the total value of the property described in the preceding paragraph

4  if, as the result of any act or omission of the defendant, the

5  property described in the preceding paragraph, or any portion

6  thereof: (a) cannot be located upon the exercise of due diligence;

7  (b) has been transferred, sold to or deposited with a third party;

8  (c) has been placed beyond the jurisdiction of the court; (d) has

9  been substantially diminished in value; or (e) has been commingled

10  with other property that cannot be divided without difficulty.

11

12                                              A TRUE BILL

13

14                                        /s/
                                          _____
                                          Foreperson
15

16

17  BILAL A. ESSAYLI
    United States Attorney
18

19  CHRISTINA T. SHAY
    Assistant United States Attorney
20  Chief, Criminal Division

21
    MARK P. TAKLA
22  Assistant United States Attorney
    Acting Chief, Orange County Office
23
    MELISSA S. RABBANI
24  Assistant United States Attorney
    Deputy Chief, Orange County Office
25
    LISA LINDHORST
26  Assistant United States Attorney
    Orange County Office
27

28

                              5